IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**AMELIA STEWART**                                                                                    **PLAINTIFF**
*o.b.o. T.D.F., a minor*

**V.**                                                              **CAUSE NO. 3:14-CV-349-CWR-LRA**

**CAROLYN W. COLVIN,**                                                                **DEFENDANT**
**Acting Commissioner of SSA**

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are the defendant's motion to affirm the Commissioner's decision and Magistrate Judge Linda R. Anderson's Report and Recommendation to remand the Commissioner's decision. Dockets Nos. 12 and 15.

The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b). *Id.*

Having received no timely written objections from any party, this Court adopts the Report and Recommendation as its own Order. Accordingly, the Commissioner's motion to affirm is denied and this case is remanded for further proceedings in accordance with the Report and Recommendation. A separate Final Judgment will issue this day.

**SO ORDERED,** this the 25th day of September, 2015.

                                                                    s/ Carlton W. Reeves
                                                                    UNITED STATES DISTRICT JUDGE